UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFIED U.S. COMMON LAW GRAND JURY,<br><br>  Plaintiff,<br><br>v.<br><br>ALPHABET INC., YOUTUBE, GOOGLE, FACEBOOK and TWITTER,<br><br>  Defendants. | Civil Action No. 20-cv-_____ (___)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ALPHABET INC., GOOGLE LLC, AND YOUTUBE LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Alphabet Inc., Google LLC, and YouTube LLC hereby disclose as follows:

YouTube, LLC is a wholly owned subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: New York, New York
       July 20, 2020

HERRICK, FEINSTEIN LLP

By:   /s/ Barry Werbin
      Barry Werbin
      Michelle M. Sekowski

Two Park Avenue
New York, New York 10016
Tel:  (212) 592-1400
bwerbin@herrick.com
msekowski@herrick.com

*Attorneys for Defendants Alphabet, Inc., Google LLC, and YouTube LLC*