UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFIED U.S. COMMON LAW GRAND JURY,<br><br>      Plaintiff,<br><br>      v.<br><br>ALPHABET INC., YOUTUBE, GOOGLE, FACEBOOK and TWITTER,<br><br>      Defendants. | Civil Action No. 20-cv-_____ (___)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Barry Werbin of Herrick, Feinstein LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for defendants Alphabet Inc., Google LLC, and YouTube LLC.

Dated: New York, New York
       July 20, 2020

                                                HERRICK, FEINSTEIN LLP

                                                By:  /s/ Barry Werbin
                                                          Barry Werbin

                                                Two Park Avenue
                                                New York, New York 10016
                                                Tel:  (212) 592-1400
                                                bwerbin@herrick.com
                                                msekowski@herrick.com

                                                *Attorneys for Defendants Alphabet, Inc., Google LLC, and YouTube LLC*