# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
• 300 Quarropas Street, White Plains, NY 106011 •

| | |
|---|---|
| UNIFIED US COMMON LAW GRAND JURY, Sureties of the Peace,[1] on behalf of the People; <br>                                   Plaintiff <br><br> - against - <br><br> Alphabet Inc., Youtube, Google, Facebook and Twitter; <br>                                   Defendants | **JURISDICTION**: Court of Record <br>                    Docket No. 20CV5601 <br> **TRIBUNAL**: Jury <br><br> **AFFIDAVIT OF DEFAULT** <br><br> Copied: President Trump, AG William Barr, and US Supreme Court |

NEW YORK STATE ⎤
               ⎬ :SS
DUTCHESS COUNTY ⎦

SEP 15 2020

**Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and, that failure is shown by Affidavit or otherwise, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b) (2); 28 U.S.C. §2243.

I, John Vidurek, Affiant, Grand Jury Foreman, hereinafter plaintiff in pro per and next friend on behalf of The Unified US Common Law Grand Jury above, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts, do hereby swear that the following facts are true, correct and not misleading:

**WHEREAS:** on June 18, 2020 the petitioners filed an Action at Law, in the Dutchess County New York Supreme Court [Index No. 2020-610]. And served upon the defendants; see Affidavit of Service dated June 18, 2020, see exhibit A, attached.

---

[1] **Sureties of the Peace, Grand Jury:** "If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein." - Magna Carta Paragraph 52.

1) Defendants Alphabet Inc., Google, and Facebook were served on June 20, 2020 (see exhibits B, C, and D attached) and defaulted on July 20, 2020 (31days); Only Facebook responded with a Certificate of Service dated July 21, 2020 one day after Defendants Alphabet Inc., Google, and Facebook defaulted.

2) Defendant Twitter Inc. was served on June 23, 2020 2020 (see exhibits C, attached) and defaulted on July 23, 2020 (31days); Twitter Inc. did not file an Affidavit of Service upon the plaintiffs, thereby defaulting on July 23, 2020.

3) Defendant YouTube was served on June 22, 2020 (see exhibits D, attached) and defaulted on July 22, 2020 (31days). YouTube did not file an Affidavit of Service upon the plaintiffs, thereby defaulting on July 22, 2020.

4) The above said case was filed in Federal District court on July 28th 2020 6-7 days after default

Defendants named above have failed to plea and defend the above said case. The record shows that no respondent made any Return; no respondent requested more time to answer; and, no respondent provided any objection to the proceedings. Therefore a summary judgment for default is in order for the relief demanded in this Action at law.

As per plaintiffs' "Wherefore Clause" Defendants must cease from restricting free speech over the internet and fund a re-education program, via National Liberty Alliance for the People at a cost of four billion dollars.

Seal    New York, Dutchess County, September 9, 2020

John Vidurek, Foreman on behalf of the Unified US. Common Law Grand Jury.

## NOTARY

New York State, Dutchess County on this 9th day of September 2020 before me, the subscriber, personally appeared John Vidurek to me known to be the living man described in and who executed the forgoing instrument and sworn before me that he executed the same as their free will act and deed.

ALAINA N WATSON
Notary Public - State of New York
NO. 01WA6347478
Qualified in Dutchess County
AFFIDAVIT OF DEFAULT Commission Expires Sep 6, 2024

PAGE 2 OF 2

USCLGJ -A- ALPHABET INC. ET AL

# AFFIDAVIT OF SERVICE   INDEX # 2020-507

New York State  
Dutchess County  } ss:

I, **James Vidurek**, being duly sworn, deposes and says: I am over 18 years of age and on the **18th** day of **June**, 2020 I served the following papers:

- Summons
- Action at law

Upon the following whose names and addresses is set forth below, by depositing a true copy in the United States Post Office thereby mailing said document to the respective offices, addresses listed below:

> Alphabet Inc., 1600 Amphitheatre Pkwy, Mountain View, CA 94043
>
> Youtube, Google LLC, D/B/A YouTube, 901 Cherry Ave., San Bruno, CA 94066
>
> Google, 1600 Amphitheatre Pkway., Mountain View, CA 94043
>
> Facebook, 1 Hacker Way, Menlo Park, CA 94025
>
> Twitter, Inc., 1355 Market Street Suite 900, San Francisco, CA 9410

_James Vidurek_

## NOTARY

New York State, Dutchess County on this **18th** day of **June**, 2020 before me, the subscriber, personally appeared **James Vidurek** to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his/her free will act and deed.

(Notary Seal)

ALAINA N WATSON  
Notary Public - State of New York  
NO. 01WA6347478  
Qualified in Dutchess County  
My Commission Expires 9/6/2020

_Alain Wat_  
Notary

**EXHIBIT A**

AFFIDAVIT OF SERVICE                                                                                   Page 1 of 1

USPS.com® - USPS Tracking® Results  https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tL...

# USPS Tracking®

FAQs >

Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** 9505513893470170381825

Your item was delivered to the front desk, reception area, or mail room at 8:59 am on June 20, 2020 in MOUNTAIN VIEW, CA 94043.

**USPS Premium Tracking™ Available** ⌄

✓ **Delivered**   *Alphabet Inc.*
June 20, 2020 at 8:59 am   *Defaulted July 20th*
Delivered, Front Desk/Reception/Mail Room
MOUNTAIN VIEW, CA 94043

Get Updates ⌄

See More ⌄

Remove X

**Tracking Number:** 9505513893470170381832

Your item was delivered to the front desk, reception area, or mail room at

**EXHIBIT B**

1 of 3   9/9/2020, 10:50 AM

1:49 pm on June 23, 2020 in SAN FRANCISCO, CA 94103.

**USPS Premium Tracking™ Available** ∨

✅ **Delivered**

June 23, 2020 at 1:49 pm
Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94103

Get Updates ∨

See More ∨

**Tracking Number: 9505513893470170381849**    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:59 am on June 20, 2020 in MOUNTAIN VIEW, CA 94043.

**USPS Premium Tracking™ Available** ∨

✅ **Delivered**  Google 

June 20, 2020 at 8:59 am  Defaulted July 20th
Delivered, Front Desk/Reception/Mail Room
MOUNTAIN VIEW, CA 94043

Get Updates ∨

See More ∨

**Tracking Number: 9505513893470170381856**    Remove ✕

Your item was picked up at a postal facility at 10:35 am on June 20, 2020 in MENLO PARK, CA 94025.

**EXHIBIT C**

**USPS Premium Tracking™ Available** ∨

#9505513893470170381856

✓ **Delivered**   Facebook
                  Defaulted July 20th

June 20, 2020 at 10:35 am
Delivered, Individual Picked Up at Postal Facility
MENLO PARK, CA 94025

Get Updates ∨

See More ∨

**Tracking Number: 9505513893470170381870**        Remove ✕

Your item was delivered in or at the mailbox at 11:23 am on June 22, 2020 in SAN BRUNO, CA 94066.

**USPS Premium Tracking™ Available** ∨


✓ **Delivered**

June 22, 2020 at 11:23 am
Delivered, In/At Mailbox
SAN BRUNO, CA 94066

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFIED U.S. COMMON LAW GRAND JURY,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., YOUTUBE, GOOGLE, FACEBOOK, and TWITTER,<br><br>Defendants. | Case No.: 7:20-cv-05601-CS |

## CERTIFICATE OF SERVICE

I, Brian J. Levy, hereby certify that I caused a true and correct copy of Twitter's Consent to Removal, Twitter's Rule 7.1 Statement, the Notice of Appearance of Brian M. Willen, and the Notice of Appearance of Brian J. Levy to be served as follows:

### By Certified Mail and First-Class Mail

John Vidurek
UUSCLGJ c/o NLA
Suite 107
3979 Albany Post Road
Hyde Park, New York 12538

*Representative for Plaintiff*

EXHIBIT E

-4-

**By CM/ECF and by Email**

| | |
|---|---|
| Barry Werbin<br>Michelle M. Sekowski<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, New York 10016<br>Telephone: (212) 592-1400<br>bwerbin@herrick.com<br>msekowski@herrick.com<br><br>*Attorneys for Defendants Alphabet, Inc.,*<br>*Google LLC, and YouTube LLC* | Mark S. Pincus<br>Pincus Law LLC<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 962-2900<br>mark@pincus-law.com\<br><br>*Attorneys for Defendant Facebook, Inc.* |

Dated: July 21, 2020
       New York, New York

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   *s/ Brian J. Levy*
      Brian J. Levy
      1301 Avenue of the Americas
      40th Floor
      New York, New York 10019
      Telephone: (212) 999-5800
      Facsimile: (212) 999-5899
      blevy@wsgr.com

*Counsel for Twitter, Inc.*

**EXHIBIT E**