UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
UNIFIED U.S. COMMON LAW GRAND JURY,

                            Plaintiff,

   – against –

ALPHABET INC., *et al.*,

                           Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 20-CV-5601 (CS)

Seibel, J.

    For the reasons set forth on the record during today's teleconference, the Court declines to recuse itself, and all claims against Defendants are DISMISSED without prejudice. The Clerk of Court shall close the case.

**SO ORDERED.**

Dated: September 25, 2020
       White Plains, New York

                                                  _____
                                                    CATHY SEIBEL, U.S.D.J.